IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REBECCA ABNEY, | Civ. No. 05-417-HO |
| Plaintiff, | Order |
| v. | |
| COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Defendant filed a motion to dismiss for lack of subject matter jurisdiction. Plaintiff filed no response. Defendant's submissions demonstrate that there is no final decision to review. Based on the foregoing, defendant's motion to dismiss [#7] is granted. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 1st day of September, 2005.

Michael R. Hogan
United States District Judge